```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 03253
   BENJAMIN RODRIGUEZ BAEZ
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK
        Debtor
   SSN XXX-XX-5725


-----------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/13/08 .

   2.  The case was dismissed without confirmation, 06/06/2008.


-----------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                          PAID         PAID
-----------------------------------------------------------------------------
HOMEQ SERVICING CORP    CURRENT MORTG          .00          .00           .00
HOMEQ SERVICING CORP    MORTGAGE ARRE   NOT FILED           .00           .00
HOMEQ SERVICING CORP    SECURED                .00          .00           .00
HOMEQ SERVICING CORP    MORTGAGE ARRE   NOT FILED           .00           .00
        Summary of disbursements:
-----------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00         .00          .00          .00           .00
PRINCIPAL PAID        .00         .00          .00          .00           .00
INTEREST PAID         .00         .00          .00          .00           .00
TOTAL PAID            .00         .00          .00          .00           .00
The Debtor's attorney, GARY L SHILTS              , was allowed $   3000.00
and was paid $   1000.00  direct and $      .00  through the plan.

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 09/10/08              /S/
                            GLENN STEARNS
                            CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
       CASE NO. 08 B 03253 BENJAMIN RODRIGUEZ BAEZ
```